```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------------X
KINGVISION PAY-PER-VIEW, LTD.,                |
as broadcast licensee of the Dec. 2, 2000     |
Trinidad/Vargas Program,                       |
                                               |
              Plaintiff,                       |         NOT FOR PUBLICATION
                                               |         ORDER
        -against-                              |
                                               |         04 CV 3623 (CBA)
EL EMPERADOR AZTECA REST. CORP.,  |
doing business as EL EMPERADOR                 |
AZTECA REST., also known as EL                 |
EMPERADOR AZTECA REST.,                        |
                                               |
              Defendant.                       |
--------------------------------------------------------X
AMON, UNITED STATES DISTRICT JUDGE
```

This Court has received the report and recommendation ("R&R") of the Honorable Cheryl L. Pollak, United States Magistrate Judge, recommending that this Court award Plaintiff $12,450.00 in statutory damages and $222.50 in costs from the defendant, for a total of $12,672.50 and that this Court deny plaintiff's request for prejudgment interest.

Because no party objected to the report and recommendation, the Court hereby adopts the report and recommendation as the opinion of the Court. The Clerk of the Court is directed to enter judgment in accordance with this Order and to close the case.

SO ORDERED.

Dated:     Brooklyn, New York
           July 21, 2005

                                          Carol Bagley Amon
                                          United States District Judge