UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

KINGVISION PAY-PER-VIEW, LTD.,
as broadcast licensee of the Dec. 2, 2000
Trinidad/Vargas Program,

        Plaintiff,

-against-

EL EMPERADOR AZTECA RESTAURANT CORP.,
doing business as EL EMPERADOR AZTECA
RESTAURANT, also known as
EL EMPERADOR AZTECA RESTAURANT,

        Defendant.
------------------------------------------------------------------X

JUDGMENT
04-CV- 3623 (CBA)

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ JUL 26 2005 ★
P.M. _____
TIME A.M. _____

An Order of Honorable Carol Bagley Amon, United States District Judge, having been filed on July 21, 2005, adopting the Report and Recommendation of Magistrate Judge Cheryl L. Pollak, dated July 6, 2005; denying plaintiff's request for an award of prejudgment interest; and directing the Clerk of Court to enter judgment awarding plaintiff $12,450.00 in statutory damages, plus costs in the amount of $222.50, for a total award of $12,672.50; it is

        ORDERED and ADJUDGED that the Report and Recommendation of Magistrate Judge Cheryl L. Pollak is adopted; that plaintiff's request for an award of prejudgment interest is denied; and that judgment is hereby entered in favor of plaintiff, Kingvision Pay-Per-View, Ltd., as broadcast licensee of the Dec. 2, 2000 Trinidad/Vargas Program, and against defendant, El Emperador Azteca Restaurant Corp., doing business as El Emperador Azteca Restaurant, also known as El Emperador Azteca Restaurant, awarding statutory damages in the amount of $12,450.00, plus costs in the amount of $222.50, for a total award of $12,672.50.

Dated: Brooklyn, New York
       July 21, 2005

                                                      /s/
                                          ROBERT C. HEINEMANN
                                          Clerk of Court